# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI LYNNE ROMIG,<br><br>        Plaintiff.<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>        Defendant. | No. 3:18-CV-1819<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 16th day of May 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's appeal from the Final Decision of the Social Security Administration dated July 19, 2018 is **DENIED**;

2. Judgment is entered in the favor of the Commissioner of the Social Security Administration; and

3. The Clerk of Court is directed to close this case.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            United States District Judge